# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Todd Scott Frank      BK NO. 26-00883 MJC
  Melissa Suzanne Frank

      Debtor(s)     Chapter 13


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.


     Respectfully submitted,


   /s/ *Matthew Fissel*
   Matthew Fissel
   06 Apr 2026, 15:10:04, EDT


   KML Law Group, P.C.
   BNY Mellon Independence Center
   701 Market Street, Suite 5000
   Philadelphia, PA  19106
   215-627-1322

Document ID: e654e648d8baa26a618d44991bdeca649f527aa92ed761a0ca733b3b18b74109