# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Todd Scott Frank
     Melissa Suzanne Frank

**BK NO. 26-00883 MJC**

               Debtor(s)

**Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.


            Respectfully submitted,


/s/ *Matthew Fissel*

Matthew Fissel
06 Apr 2026, 15:10:04, EDT


     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322

Document ID: e654e648d8baa26a618d44991bdeca649f527aa92ed761a0ca733b3b18b74109