United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Todd Scott Frank

Melissa Suzanne Frank

    Debtors

Case No. 26-00883-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5               User: AutoDocke              Page 1 of 2

Date Rcvd: May 04, 2026         Form ID: ntcnfhrg           Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd Scott Frank, Melissa Suzanne Frank, 545 Franklin Ave, Palmerton, PA 18071-1615 |
| 5792564 | + | Lehigh Valley Health Network, PO Box 4067, Allentown, PA 18105-4067 |
| 5792565 | + | Logs Legal Group, LLP, 985 Old Eagle School Rd Suite 514, Wayne, PA 19087-1712 |
| 5792566 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5792559 | + | Email/Text: mnapoletano@ars-llc.biz | May 04 2026 19:00:00 | Ability Recovery Service, PO Box 4031, Wyoming, PA 18644-0031 |
| 5792560 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 04 2026 19:04:34 | Affirm INC., 650 California St., Floor 12, San Francisco, CA 94108-2716 |
| 5792561 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2026 19:04:32 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5792562 | + | Email/PDF: creditonebknotifications@resurgent.com | May 04 2026 19:04:38 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5792563 | | Email/Text: customerservice.us@klarna.com | May 04 2026 18:59:00 | Klarna Inc, Attn Klarna Credit, 629 N. High St, Suite 300, Columbus, OH 43215 |
| 5799437 | | Email/Text: bnc-quantum@quantum3group.com | May 04 2026 19:00:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5792567 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:34 | RC Resurgent Receivables, PO Box 1269, Greenville, SC 29602-1269 |
| 5793761 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:33 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5792569 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2026 19:04:42 | SYNCB/PPMC, PO Box 71746, Philadelphia, PA 19176-1746 |
| 5792568 | | Email/Text: enotifications@santanderconsumerusa.com | May 04 2026 19:00:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 5799884 | + | Email/Text: enotifications@santanderconsumerusa.com | May 04 2026 19:00:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5792570 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 04 2026 19:00:00 | Towd Point Mortgage Trust 2020-1,, c/o Select Portfolio, 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Jason M Rapa

on behalf of Debtor 1 Todd Scott Frank jrapa@rapalegal.com
secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

Jason M Rapa

on behalf of Debtor 2 Melissa Suzanne Frank jrapa@rapalegal.com
secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

Matthew K. Fissel

on behalf of Creditor Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Todd Scott Frank,

    **Debtor 1**

Melissa Suzanne Frank,

    **Debtor 2**

Chapter    13

Case No.    5:26−bk−00883−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 4, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 11, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2026 |

ntcnfhrg (08/21)