UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )          NO.  26-00883 MJC
TODD SCOTT FRANK and                )
MELISSA SUZANNE FRANK               )
            Debtors                 )          Chapter 13


### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Jessica S. Kaczinski, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania  18105-4060, hereby enters her appearance on behalf of the Creditor, People First Federal Credit Union, requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).


Respectfully Submitted,

 _/s/Jessica S. Kaczinski_
Jessica S. Kaczinski, Esq.
Attorney for People First Federal
Credit Union
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
610-820-5450
jkaczinski@grossmcginley.com

April 15, 2026