People First

740 Hamilton St, Suite 300
Allentown, PA 18101
610.797.7440
peoplefirst.com

US Bankruptcy Court
Middle District of Pennsylvania
Attn: Clerk of Courts
RE: Case #26-00883 (Frank)

***Praecipe to Withdraw Claim No. 2 of People First Credit Union***

Oct 2, 2026

To Whom it May Concern:

RE: Case #26-00883 (Frank)
Kindly withdraw Claim No. 2 filed by People First Federal Credit Union as it is a duplicate of claim No. 10.

Thank you,

Kenneth Gualtieri
People First Federal Credit
Asset Recovery Manager